UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

JUDGE ANN D. MONTGOMERY/MAGISTRATE JUDGE SUSAN R. NELSON

Ronald E. Allison

Plaintiff,

vs.

MS Services LLC, a Wyoming Limited Liability Company, d/b/a Mountain States Adjustment,

Defendant.

COURT FILE NO.: 01-366ADM/SRN

**ORDER**
**FOR DISMISSAL**
**WITH PREJUDICE**

Based upon the Dismissal with Prejudice, and upon all the files and proceedings herein, it is hereby ordered as follows:

1. That the above-entitled matter is hereby dismissed, with prejudice, and on the merits, without costs to either party;

Let judgment be entered accordingly.

Dated: April 13, 2001

Judge of District Court
Ann D. Montgomery

FILED APR 16 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK